cc: Court, KFK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


4-5-02
MTA

| | |
|---|---|
| **Sammi D. Wright** | CASE NO. 1:00-CV-1657 |
| vs. | |
| **Beulah Hadrick,, et al.** | DATE: April 5th, 2002 @ 8:45 AM |

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: __8:45__   Time Terminated: __8:55__

APPEARANCES

Plaintiff's Counsel:  _Bailey_

Defendant's Counsel: _Frye_

FILED
APR - 4 2002
PER ___
HARRISBURG, PA.
DEPUTY CLERK

REMARKS: _joinder & amend 5/1/02_
_discov. 8/15_
_dispo. 9/13_
_Trial Dec._
_Damages Ex 8/30/02_