CC: Court, KFK

MCF 20
7-10-02

Wright v. Haddrick

TIME: 1:30 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MINUTES OF CONFERENCE**

CASE No. **1:CV-00-1657**

DATE July 10, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference   Discovery Conference Call

Time Commenced   1:30     Time Terminated   2:00

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Don Bailey, Esquire | | Mary Catherine Frye, AUSA |

**REMARKS**

① Request to depose Beulah Haddrick in Pa. — gov't will bring her back for same

② Request by gov't to disqualify video together — deny at present

③ Request by P's counsel to question VA officials re incident of firing & reinstatement to job — defer until plaintiff's deposition is submitted to court

FILED
JUL 10 2002
PER ____
HARRISBURG, PA DEPUTY CLERK