IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMMI D. WRIGHT,** | CIVIL NO.1:CV-00-1657 |
| **Plaintiff** | |
| v. | |
| **BEULAH HADRICK, CHARLEEN SZABO, SCOTT SHREVE and RAY KENT,** | |
| **Defendants** | |



### O R D E R

On July 10, 2002, the court held a telephonic discovery conference call. In light of the matters discussed during that call, **IT IS HEREBY ORDERED THAT:**

(1) Defendant Hadrick will be made available for deposition as soon as counsel can agree on a date for the deposition;

(2) Defendants' motion to preclude videographer Anthony Marceca pursuant to Federal Rule of Civil Procedure 28(c) is **DENIED** based on the facts presented to the court during the conference call;

(3) Defendants shall submit to the court a transcript of Plaintiff's deposition testimony. Accordingly, the court will **DEFER** its ruling as to Plaintiff's request to question Veteran Administration officials regarding allegedly retaliatory conduct that may have occurred after Plaintiff wrote to Senator Specter in April of 2000.

SYLVIA H. RAMBO
United States District Judge

Dated: July *10*, 2002.