**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 0 2 2002
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

| | | |
|---|---|---|
| SAMMI D. WRIGHT | ) | CIVIL ACTION LAW |
| | ) | |
| Plaintiff | ) | 1:CV-00-1657 |
| | ) | |
| VS. | ) | (JUDGE RAMBO) |
| | ) | |
| BEULAH HADRICK, | ) | |
| CHARLEEN SAZBO, | ) | |
| SCOTT SHREVE AND | ) | |
| RAY KENT, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) | |

## JOINT MOTION TO ENLARGE DISCOVERY TIME

1.) This is a joint motion to enlarge the time for discovery in the above captioned matter for 30 days although plaintiff is requesting 45 days or until September 30, 2002.

2.) Due to unforseen events and scheduling difficulties the parties foresee the need of additional time to assist in the disposition of this case.

3.) The parties believe the interests of judicial economy will be served by this request.

4.) Without the additional time the parties will not be able to complete discovery.

5.) All parties concur in this request.

Respectfully Submitted,

Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, Pa 17110
(717) 221-9500

August 2, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this $^{\text{2nd day of August 2002}}$ a true and correct copy of the foregoing **JOINT MOTION FOR ENLARGEMENT OF TIME** was served upon the following counsel of record by United States Mail, postage prepaid and by Fax:

MARY CATHERINE FRYE
ASSISTANT U.S. ATTORNEY
P.O. Box 11754
228 Walnut Street
Harrisburg, Pa 17108-1754

BY: _____
Don Bailey ID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500