IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**SAMMI D. WRIGHT,** : CIVIL NO. 1:CV-00-1657

    **Plaintiff** :

v. :

**BEULAH HADRICK,** :
**CHARLEEN SAZBO,**
**SCOTT SHREVE, and** :
**RAY KENT,**
 :
    **Defendants** :



## ORDER

Before the court is a joint motion to extend the discovery deadline in the captioned action. Discovery is currently scheduled to close on August 13, 2002. The motion to extend discovery is **GRANTED** as follows:

(1) The parties shall have until September 13, 2002 to complete discovery;

(2) Dispositive motions <u>and</u> supporting briefs are due on or before September 27, 2002;

(3) Briefing of dispositive motions shall thereafter follow the schedule outlined in the Local Rules for the Middle District of Pennsylvania;

(4) All other deadlines set forth in the case management order of April 4, 2002 shall remain unchanged.

Dated: August 6, 2002

SYLVIA H. RAMBO
United States District Judge