IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMMI D. WRIGHT,                  :
                                  :
        Plaintiff,                : 1:CV-00-1657
                                  :
   v.                             : (Judge Conner)
                                  :
BEULAH HADRICK,                   :
CHARLEEN SZABO, SCOTT             :
SHREVE and RAY KENT,              :
                                  :
        Defendants                :

### DEFENDANTS' STATEMENT OF MATERIAL FACTS

1.  Plaintiff Sammi Wright is employed as a social worker at the VA Medical Center in Lebanon, Pennsylvania. Cpt., ¶¶ 7, 12.

2.  In or about February, 2000, the program Ms. Wright worked in was moved from the "Metal [sic] Health and Behavioral Science area" to the "Extended Care Program." This move placed Ms. Wright under the supervision of defendants Beulah Hadrick and Scott Shreve. Cpt., ¶¶ 13, 14.

3.  In late March, 2000, Ms. Wright was docked eight hours of pay for being absent without leave. Deposition of Sammi D. Wright, pp. 116-17, and Exhibits 1 and 2 thereto (submitted herewith as Exhibit C).

4.  Thereafter, by letter dated April 8, 2000, plaintiff complained to Senator Arlen Specter about conditions for veterans and about her docked pay. Cpt., ¶17; Wright Deposition, pp. 11,

1

31; Wright Dep., Exh. 2 (Exh. C).

5. Her docked pay was later restored. Cpt., ¶¶ 18, 26; Deposition of Beulah Hadrick, pp. 111-13, 115-16 (Exhibit D hereto); Wright Dep., pp. 116-17 (Exh. C).

6. Plaintiff could not identify in her deposition any reporting or other requirements imposed on her which were not imposed on other social workers in her unit. Wright Dep., pp. 37-39, 41-42 (Exh. C).

7. Ms. Wright received precisely the same instructions and directions that other staff received. Hadrick Dep., pp. 66, 69, 72-73, 173, 196 (Exh. D); Deposition of Raymer Kent, pp. 41-44 (Exh. E); Deposition of Dr. Scott Shreve, pp. 9-10, 31 (Exh. F).

8. Ms. Wright consistently refused to follow directions, refused to fulfill the duties of her position, and treated co-workers and supervisors rudely and disrespectfully. Hadrick Dep., pp. 36-60, 81-84, 168-177 (Exh. D); Kent Dep., pp. 36-39, 46-49 (Exh. E); Shreve Dep., pp. 6-11, 12-15, 18-22, 29-30, 45-46 (Exh. F).

9. Plaintiff's poor performance and misconduct resulted in progressive disciplinary action. Hadrick Dep., pp. 90-98, 174-77 (Exh. D).

10. Any actions taken against plaintiff were the result of her poor performance and misconduct, and were not the result of her letter to Senator Specter. Shreve Dep., p. 33 (Exh F).

11. Ms. Wright insisted at her deposition that the "retaliatory" conduct she suffered was based entirely on her race. Wright Dep., pp. 141-42, 149-52, 156-59 (Exh. C).

>Respectfully submitted,
>
>THOMAS A. MARINO
>United States Attorney
>
>*[signature]*
>
>MARY CATHERINE FRYE
>Assistant U.S. Attorney
>228 Walnut Street
>Harrisburg, PA 17108
>(717) 221-4482

Dated: September 27, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMMI D. WRIGHT              :
                             : No. 1:CV-00-1657
       Plaintiff,            :
                             : (Judge Conner)
       v.                    :
                             :
BEULAH HADRICK,              :
CHARLEEN SZABO, SCOTT        :
SHREVE and RAY KENT,         :
                             :
       Defendants.           :

### CERTIFICATE OF SERVICE BY MAIL

   The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

   That this 27th day of September, 2002, she served a copy of the attached

### DEFENDANTS' STATEMENT OF MATERIAL FACTS

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, PA  17110

PHYLLIS M. MITCHELL
Supervisory Legal Assistant