

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMMI D. WRIGHT,** | : | CIVIL ACTION NO. 1:00-CV-1657 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **BEULAH HADRICK, et al.,** | : | |
| **Defendants** | : | |

FILED
HARRISBURG, PA
OCT 3 2002
MARY E. D'ANDREA, CLERK
Per _____

**O R D E R**

AND NOW this 3rd day of October, 2002, it is hereby ORDERED that a brief status conference will be conducted by the Court <u>by telephone</u> on Wednesday, October 23, 2002 at 10:00 a.m. The purpose of the status conference is to review the pretrial/trial schedule and to address any pending issues. Trial counsel are expected to participate in the conference. Plaintiffs' counsel shall initiate the conference call (the Court's telephone number is 717/221-3945).

CHRISTOPHER C. CONNER
United States District Judge