IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMMI WRIGHT | ) | NO 1:00-CV-1657 |
| | ) | |
| Plaintiff | ) | |
| | ) | (JUDGE CONNER) |
| vs. | ) | |
| | ) | |
| BEULAH HADRICK ET AL. | ) | |
| | ) | |
| Defendants | ) | JURY TRIAL DEMANDED |

## MOTION TO RESCHEDULE STATUS CONFERENCE

1.) On October 3, 2002 a Status Conference was scheduled in the above captioned matter.

2.) Counsel is scheduled to be in the Cumberland County Courthouse for oral argument on October 23, 2002 at 8:30 a.m. in Shirley Ogden v. Douglas A. Bream, Docketed at number 00-8523.

3.) Counsel is requesting a continuance of the Status Conference in the above captioned matter.

4.) Opposing counsel Kathy Frye was contacted and she does concur with this request.

**WHEREFORE** the Court is respectfully requested to grant the rescheduling of the Status Conference in the above captioned matter.

Respectfully Submitted,

Don Bailey PAID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

October 7, 2002

## CERTIFICATE OF SERVICE

I, Don Bailey do hereby certify that on this 7th **DAY OF OCTOBER 2002** I served a true and correct copy of **MOTION TO RESCHEDULE THE STATUS CONFERENCE** upon the attorneys below by First class-postage prepaid mail :

KATHY FRYE ESQUIRE
US. ATTORNEYS OFFICE
U.S. DISTRICT COURTHOUSE
228 WALNUT STREET
HARRISBURG, PA 17108

_____
Don Bailey Esquire