IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMMI D. WRIGHT,** : | CIVIL ACTION NO. 1:00-CV-1657 |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **BEULAH HADRICK, et al.,** : | |
| Defendants : | |

### ORDER

AND NOW, this 8th day of October, 2002, it is hereby ORDERED that the status conference previously scheduled for Wednesday, October 23, 2002 is rescheduled to Tuesday, October 29, 2002 at 10:00 a.m. Plaintiffs' counsel shall initiate the conference call (the Court's telephone number is 717/221-3945).

CHRISTOPHER C. CONNER
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                            October 9, 2002


    Re:  1:00-cv-01657    Wright v. Hadrick



    True and correct copies of the attached were mailed by the clerk
    to the following:


        Don Bailey, Esq.
        4311 N. 6th St.
        Harrisburg, PA  17110

        Mary Catherine Frye, Esq.
        U.S. Attorney's Office
        Room 217 Federal Building
        228  Walnut St.
        Harrisburg, PA  17108    Fax No.: 17172214493




cc:
Judge                           (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen    ( )  PA Atty Gen ( )
                                        DA of County   ( )  Respondents ( )
Bankruptcy Court                ( )
Other_____( )
                                            MARY E. D'ANDREA, Clerk
```

DATE: __10/9/02__                                    BY: __[signature]__
                                                          Deputy Clerk