IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMMI D. WRIGHT,** | : | CIVIL ACTION NO. 1:00-CV-1657 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **BEULAH HADRICK, et al.,** | : | |
| **Defendants** | : | |

FILED
HARRISBURG, PA
OCT 10 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

AND NOW, this 10th day of October, 2002, it is hereby ORDERED that Plaintiff's uncontested motion for enlargement of time until a date certain of October 21, 2002 is hereby GRANTED.

CHRISTOPHER C. CONNER
United States District Judge