
#38
10/29/02

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE: **SAMMI D. WRIGHT V. BEULAH HADRICK, et al.**
NO. **1:00-CV-1657**

DATE: October 29, 2002 @ 10:00 a.m.

FILED
HARRISBURG, PA
OCT 29 2002
MARY E. D'ANDREA, CLERK

Honorable Christopher C. Conner presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **TELEPHONE CONFERENCE**

Time Commenced: 9:59 am        Time Terminated: 10:04 am

**PLAINTIFF: APPEARANCES**        **DEFENDANT: APPEARANCES**

Don Bailey                         Mary Catherine Frye

**REMARKS**

Status conference to review pretrial/trial schedule. Order to follow.

Kimberly A. McKinney
USDC Deputy Clerk