IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMMI D. WRIGHT, | : | CIVIL ACTION NO. 1:00-CV-1657 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| BEULAH HADRICK, CHARLEEN SAZBO, SCOTT SHREVE, and RAY KENT | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 31st day of October 2002, following a telephone conference with counsel, it is hereby ORDERED that the pretrial/trial schedule dates and deadlines set forth in this Court's prior orders are revised, as follows:

1. Counsel for the parties shall conduct the attorneys' conference required by Local Rule 16.3 on or before **Wednesday, January 15, 2003**.

2. Pretrial memoranda shall be filed on or before **Wednesday, February 5, 2003**.

3. Joint Jury Instructions with objections and proposed voir dire questions are due on or before **Wednesday, February 5, 2003**.

4. The final pretrial conference will be held on **Wednesday, February 12, 2003, at 1:30 p.m., in Courtroom No. 2, Ninth Floor, Federal Building, Harrisburg, Pennsylvania**.

5. Trial in this case will take place in **March 2003**, with jury selection commencing on **Monday, March 3, 2003, at 9:30 a.m., in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, in Harrisburg, Pennsylvania**.

6. Prior to the commencement of trial, counsel shall submit two (2) complete sets of exhibits for the Court's use, in addition to the original which will be offered into evidence.

CHRISTOPHER C. CONNER
United States District Judge