IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMMI D. WRIGHT, | : | NO. 1:00-CV-1657 |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| BEULAH HADRICK, et al., | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 31st day of January, 2003, upon consideration of defendants' unopposed Motion to Continue Trial (Doc. 40), it is hereby ORDERED that said motion is GRANTED, to the extent that the pretrial/trial schedule in this matter shall be subject to the following revisions:

1. Pretrial memoranda shall be filed with the Clerk of Courts by **no later than 12:00 p.m. on Wednesday, May 7, 2003**.

2. All motions in limine and supporting briefs shall be filed on or before **Wednesday, May 7, 2003**.

3. The final pretrial conference shall be held on **Wednesday, May 14, 2003, at 4:00 p.m.**, in Courtroom No. 2, 9th Floor, Federal Building, Harrisburg, Pennsylvania.

4. Proposed voir dire questions and proposed jury instructions shall be due on or before **Wednesday, May 14, 2003** and may be submitted at the pretrial conference.

5. Trial in this case is rescheduled to take place during the **June 2003** trial term, with jury selection to commence at **9:30 a.m. on Monday, June 2, 2003**, in Courtroom No. 2, 9th Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

BY THE COURT:

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge