```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

SAMMI D. WRIGHT,                   :
                                   :
         Plaintiff                 :
                                   :
         v.                        :   NO. 1:CV-00-1657
                                   :
BEULAH HADRICK,                    :   (JURY TRIAL)
CHARLEEN SZABO,                    :
SCOTT SHREVE and                   :
RAY KENT,                          :      (J. Conner)
                                   :
         Defendants                :

**ORDER**

AND NOW, this _____ day of _____, 2003, in consideration of the parties' Joint Motion to Stay, it is ORDERED that the said motion is GRANTED.  The trial and pretrial proceedings in this case are hereby stayed until after the Court decides the dispositive motion currently pending.  The deadlines set forth in the Court's Order of January 31, 2003, shall be lifted pending the rescheduling of the trial.


                              _____
                              CHRISTOPHER C. CONNER
                              United States District Judge