## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMMI D. WRIGHT,** | : | **NO. 1:CV-00-1657** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **BEULAH HADRICK,** | : | **(JURY TRIAL)** |
| **CHARLEEN SZABO, SCOTT** | : | |
| **SHREVE and RAY KENT,** | : | |
| | : | |
| **Defendants** | : | |

## <u>O R D E R</u>

AND NOW, this 29th day of April, 2003, in consideration of the parties' Joint Motion to Stay, it is ORDERED that the said motion is GRANTED. The trial and pretrial proceedings in this case are hereby stayed until after the Court decides the dispositive motion currently pending.  The deadlines set forth in the Court's Order of January 31, 2003, shall be lifted pending the rescheduling of the trial.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge