IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMMI D. WRIGHT, | CASE NO. 1:CV-00-1657 |
| Plaintiff | |
| | (Judge Conner) |
| v. | |
| BEULAH HADRICK, CHARLEEN SAZBO, SCOTT SHREVE and RAY KENT, | |
| Defendants | |

# ORDER

AND NOW, this 5th day of May, 2003, upon consideration of defendants' motion for judgment on the pleadings or, in the alternative, for summary judgment (Doc. 26), it is hereby ORDERED that:

1. Defendants' motion for judgment on the pleadings is GRANTED.
2. Defendants' alternative motion for summary judgment is deemed MOOT.
3. The Clerk of Court is directed to close the case file.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge