UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-2597

SAMMI D. WRIGHT,

Appellant

v.

BEULAH HADRICK;
CHARLEEN SAZBO;
SCOTT SHREVE;
RAY KENT

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 00-cv-01657)
District Judge: Honorable Christopher C. Conner

Submitted Under Third Circuit LAR 34.1(a)
on
January 13, 2004
Before: SLOVITER, RENDELL, and ALDISERT, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 13, 2004. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on May 6, 2003, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against appellant.

ATTEST:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: February 10, 2004

Certified as a true copy and issued in lieu of a formal mandate on MAR 4 2004

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit